UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
CHRISTOPHER BEVERIDGE,                   :
                                         :
       Plaintiff,                        :  CASE NO.: 1:19-cv-02390
                                         :
  -against-                               :
                                         :
ELLIE MAE, INC., SIGMUND ANDERMAN,       :
JONATHAN H. CORR, KAREN BLASING,         :
CARL BUCCELLATO, CRAIG DAVIS, A.         :
BARR DOLAN, ROBERT J. LEVIN,             :
MARINA LEVINSON, JEB S. SPENCER,         :
AND RAJAT TANEJA                         :
                                         :
       Defendants.                       :
---------------------------------------- X

## NOTICE OF DISMISSAL

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 9, 2019                           Respectfully Submitted,

                                                    **MONTEVERDE & ASSOCIATES PC**

                                                      */s/ Juan E. Monteverde*
                                                      Juan E. Monteverde
                                                      The Empire State Building
                                                      350 Fifth Avenue, Suite 4405
                                                      New York, New York 10118
                                                      Tel: 212-971-1341
                                                      Fax: 212-202-7880

                                                      *Attorney for Plaintiff*